| | | |
|---|---|---|
| CAAP–11–00 00413 | Victor v. Koga | Affirmed |

### January 13, 2014

| | | |
|---|---|---|
| CAAP–11–00 01084 | State v. Baptista | Affirmed |

### January 24, 2014

| | | |
|---|---|---|
| CAAP–10–00 00210 | T.H.G. Marital Trusts, In re | Affirmed |

### January 28, 2014

| | | |
|---|---|---|
| CAAP–11–00 00401 | Halloran v. State | Affirmed |
| CAAP–12–00 00812 | V.G., In re | Affirmed |

### January 30, 2014

| | | |
|---|---|---|
| CAAP–12–00 00052 | State v. Monteil | Affirmed |
| CAAP–11–00 00388 | State v. Kaneakua | Vacated and Remanded |

### January 31, 2014

| | | |
|---|---|---|
| CAAP–12–00 00984 | State v. Nofoa | Affirmed |